**John CLAY, Appellant,**

v.

**LABOR AND INDUSTRIAL RELATIONS COMMISSION OF MISSOURI, the Missouri Division of Employment Security, and Incarnate Word Hospital, Respondents.**

No. 71056.

Missouri Court of Appeals,
Eastern District,
Division One.

April 8, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 1997.

Application to Transfer Denied
Aug. 19, 1997.

James A. Stemmler, St. Louis, for appellant.

Victorine R. Mahon, Jefferson City, Larry R. Ruhmann, St. Louis, Stephen A. Thompson, Clayton, for respondents.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

John Clay (Employee) appeals from the circuit court's judgment affirming the Industrial Relations Commission's (Commission) order disqualifying him from four weeks of unemployment compensation benefits. Employee alleges the Commission erred (1) in deciding on grounds not complained of in the original protest; (2) because his conduct was insufficient to constitute misconduct justifying disqualification; and (3) because the Commission used an improper standard of review. We affirm. An extended opinion would have no precedential value. The parties have been furnished with a memorandum detailing our reasons for affirming the judgment of the trial court. Rule 84.16(b).